NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTINE BALDRIDGE
(DOING BUSINESS AS INVENTORY DISCOUNT PRINTERS),**
*Petitioner,*

v.

**GOVERNMENT PRINTING OFFICE,**
*Respondent.*

---

2012-6001

---

On appeal from the Government Accountability Office, Contract Appeals Board no. 11-72994.

---

**ON MOTION**

---

PER CURIAM.

# ORDER

Christine Baldridge moves for reconsideration of the court's August 22, 2012 order denying her motion to correct and supplement the certified list and requests leave to file an amended complaint. The Government Printing Office opposes. Baldridge also files a corrected motion for leave to file a corrected brief out of time.

A party "adversely affected by . . . an order of the clerk may move for relief within 14 days of the order or action." Federal Circuit Rule 27(k). Because Baldridge's motion for reconsideration was filed on October 10, 2012, well after the time for seeking review of the court's August 22, 2012 order, we deny the motion.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for reconsideration is denied.

(2) The motions for leave to file a corrected brief out of time are granted. The corrected brief is accepted for filing.

FOR THE COURT

**DEC 1 4 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Christine Baldridge
    A. Bondurant Eley, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2012

JAN HORBALY
CLERK